# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Marta Alonso-Diaz, Denny Suarez, and Omar Gonzalez,

    Plaintiffs

v.

Superior Electrical, Mechanical & Plumbing, Inc., et al.,

    Defendants

Case No.: 2:16-cv-01737-JAD-GWF

**Order Directing Plaintiffs to Update Address with the Court**

Court mail to the plaintiffs in this case has been consistently returned as undeliverable for nearly a year. Local Rule IA 3-1 requires pro se parties to "Immediately file with the court written notification of any change of mailing address" and warns litigants that their "[f]ailure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." L.R. IA 3-1.

IT IS HEREBY ORDERED that **Marta Alonso-Diaz, Denny Suarez, and Omar Gonzalez must file a notice advising the court of their current mailing addresses by April 13, 2018, or this case will be dismissed without further notice** for failure to comply with the rules of this court.

Dated this 28th day of March, 2018.

_____
U.S. District Judge Jennifer A. Dorsey

1